In re: Anthony T. TRAN, Debtor,

Amrane Cohen, Chapter 13
Trustee, Appellant,

v.

Anthony T. Tran, Appellee.

No. 04–56011.

United States Court of Appeals,
Ninth Circuit.

Submitted April 6, 2006.*

Decided April 27, 2006.

Linda S. Conway, Esq., Orange, CA, for
Appellant.

Before PREGERSON and LEAVY,
Circuit Judges, and BEISTLINE,** District Judge.

ORDER

The judgment of the Bankruptcy Appellate Panel in *In re Tran*, 309 B.R. 330 (9th Cir.BAP2004) is AFFIRMED.